# COVER SHEET

E-FILED | 7/2/2026 2:30 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF MCDOWELL COUNTY WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

**First Plaintiff:** [ ] Business [x] Individual [ ] Government [ ] Other

**First Defendant:** [x] Business [ ] Individual [ ] Government [ ] Other

**Judge:** Rudolph Murensky

## COMPLAINT INFORMATION

**Case Type:** Civil

**Complaint Type:** Other

**Origin:** [x] Initial Filing [ ] Appeal from Municipal Court [ ] Appeal from Magistrate Court

**Jury Trial Requested:** [x] Yes [ ] No

**Case will be ready for trial by:** 7/5/2027

**Mediation Requested:** [x] Yes [ ] No

**Substantial Hardship Requested:** [ ] Yes [x] No

[ ] Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

- [ ] Wheelchair accessible hearing room and other facilities
- [ ] Interpreter or other auxiliary aid for the hearing impaired
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Other:

[ ] I am proceeding without an attorney

[x] I have an attorney: Ashley Tucker, 101 N KANAWHA ST STE 101 , BECKLEY, WV 25801

EXHIBIT
A

# SERVED PARTIES (only first 10 parties are listed)

**Name:** VIASAT, Inc.
**Address:** c/o CT Corporation 5098 Washington Street W., Suite 407, Charleston WV 25318
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

**Name:** VIASAT Carrier Services, Inc.
**Address:** c/o CT Corporation 5098 Washington Street W., Suite 407, Charleston WV 25318
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

**Name:** DIRECTV, LLC
**Address:** c/o CT Corporation 5098 Washington Street W., Suite 407, Charleston WV 25318
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

**Name:** DIRECTV Customer Services, LLC
**Address:** c/o CT Corporation 5098 Washington Street W., Suite 407, Charleston WV 25318
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

**Name:** MASTEC Industrial Corp.
**Address:** c/o Corporation Service Company 808 Greenbrier Street, Charleston WV 25311
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

**Name:** MASTEC Network Solutions, Inc.
**Address:** c/o Corporation Service Company 808 Greenbrier Street, Charleston WV 25311
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

**Name:** MASTEC Network Solutions, LLC
**Address:** c/o Corporation Service Company 808 Greenbrier Street, Charleston WV 25311
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

**Name:** MASTEC North America, Inc.
**Address:** c/o Corporation Service Company 808 Greenbrier Street, Charleston WV 25311
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

**Name:** MASTEC Renewables Construction Company, Inc.
**Address:** c/o Corporation Service Company 808 Greenbrier Street, Charleston WV 25311
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

**Name:** MASTEC Services Company, Inc.
**Address:** c/o Corporation Service Company 808 Greenbrier Street, Charleston WV 25311
**Days to Answer:** 30 **Type of Service:** Filer - Secretary of State

---

E-FILED | 7/2/2026 2:30 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

**IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA**

**LEONARD GREGORY,**

**Plaintiff,**

**v.** **CIVIL ACTION NO.:____________________**
**HONORABLE: __________________________**

**VIASAT, INC.,**
**VIASAT CARRIER SERVICES, INC.,**
**DIRECTV, LLC,**
**DIRECTV CUSTOMER SERVICES, LLC,**
**MASTEC INDUSTRIAL CORP.,**
**MASTEC NETWORK SOLUTIONS, INC.,**
**MASTEC NETWORK SOLUTIONS, LLC,**
**MASTEC NORTH AMERICA, INC.,**
**MASTEC RENEWABLES CONSTRUCTION COMPANY, INC.,**
**MASTEC SERVICES COMPANY, INC.,**
**MASTEC WIRELESS SERVICES, LLC,**
**CURTIS COLLEY, JR., and**
**MATT LESTER,**

**Defendants.**

**COMPLAINT**

NOW COMES the Plaintiff, Leonard Gregory, by and through counsel, Farmer, Cline & Campbell, PLLC, and states the following for his Complaint:

**Parties & Jurisdiction**

1. Plaintiff, Leonard Gregory (hereinafter "Plaintiff Gregory"), is a resident of Maybeury, McDowell County, West Virginia.

2. Upon information and belief, Defendants Viasat, Inc. and Viasat Carrier Services, Inc. (hereinafter collectively referred to as the "Viasat Defendants") are Delaware corporations authorized to transact business in West Virginia, with a principal office address of 6155 El Camino Real, Carlsbad, California 92009.

3. Upon information and belief, Defendants DIRECTV, LLC and DIRECTV Customer Services, LLC (hereinafter collectively referred to as the "DIRECTV Defendants") are limited liability companies organized under the laws of the State of Delaware, authorized to transact business in West Virginia, with a principal office address of 2260 E. Imperial Highway, El Segundo, California.

4. Upon information and belief, Defendants MasTec Industrial Corp., MasTec Network Solutions, Inc., MasTec North America, Inc., MasTec Renewables Construction Company, Inc., and MasTec Services Company, Inc. are Florida corporations, and MasTec Network Solutions, LLC and MasTec Wireless Services, LLC (collectively "MasTec Defendants) are Florida companies authorized to transact business in West Virginia, with a principal office address of 800 S. Douglas Road, Floor 10, Coral Gables, Florida 33134.

5. Upon information and belief, Defendant Curtis Colley, Jr. (hereinafter "Defendant Colley") is a resident of Draper, Virginia.

6. Upon information and belief, Defendant Matt Lester is a resident of the Commonwealth of Virginia.

7. This Court has jurisdiction over the claims asserted in this action as they arose out of an incident in which the Plaintiff sustained injuries from the tortious conduct of the Defendants in McDowell County, West Virginia.

8. Pursuant to West Virginia Code § 56-1-1, McDowell County is an appropriate venue for this action as it is the County where the events giving rise to this cause of action arose.

**COUNT I**
**Negligence - Defendant Colley, DIRECTV Defendants, Viasat Defendants and MasTec Defendants**

9. The Plaintiff incorporates, by reference, all preceding allegations contained within this Complaint.

10. On or about September 11, 2024, Regina Gregory entered into an agreement with the Viasat Defendants for the provision of internet services and installation of equipment necessary to facilitate such services.

11. Upon information and belief, the Viasat Defendants entered into a service agreement with the DIRECTV Defendants under which the Viasat Defendants provide broadband internet access services, and the DIRECTV Defendants engage in multimedia distribution services, including installations, upgrades and service calls.

12. Upon information and belief, the DIRECTV Defendants entered into an agreement with the MasTec Defendants whereby the MasTec Defendants engaged in the installation of equipment on behalf of the DIRECTV Defendants and/or the Viasat Defendants.

13. On September 11, 2024, Defendant Curtis Colley, Jr., acting within the course and scope of his agency and/or employment with, and at the direction of, the DIRECTV Defendants, the Viasat Defendants, and/or the MasTec Defendants, performed installation work at Plaintiff's residence, including the installation of a satellite dish.

14. At all relevant times, Plaintiff was lawfully present in the yard of his residence while the installation work was being performed on the roof.

15. During the course of the installation, Defendant Colley negligently failed to secure the satellite dish, causing it to fall from the roof and strike Plaintiff.

16. The above described incident and resulting injuries were directly and proximately

caused by the negligent, careless and/or reckless acts and omissions of the Defendants, including but not limited to:

a. Failing to properly secure the satellite dish during installation;

b. Failing to use reasonable and safe installation practices;

c. Failing to inspect and ensure that the equipment was safely positioned;

d. Failing to warn Plaintiff and others of the risk of falling objects; and

e. Failing to restrict, barricade or otherwise secure the area below the work site.

17. The DIRECTV Defendants, the Viasat Defendants and the MasTec Defendants are liable for their own negligent, careless and/or reckless acts and omissions and are vicariously liable for the wrongful actions and/or omissions of their employees occurring in the scope of those employees' employment.

**COUNT II**
**Negligence - Defendant Lester**

18. The Plaintiff incorporates, by reference, all preceding allegations contained within this Complaint.

19. Pursuant to Rule 8(d)(2) of the West Virginia Rules of Civil Procedure, the Plaintiff hereby pleads in the alternative, a claim against Defendant Matt Lester.

20. Upon information and belief, one or more Defendants may contend that Defendant Matt Lester, rather than Defendant Colley, performed or participated in the installation work at Plaintiff's residence.

21. To the extent Defendant Matt Lester performed, participated, directed or was otherwise involved in the installation work on September 11, 2024, Plaintiff alleges that Defendant Lester was acting within the course and scope of his agency and/or employment with the DIRECTV

Defendants and/or the Viasat Defendants and/or the MasTec Defendants.

22. Defendant Lester was negligent in the performance of the installation work, including but not limited to the same acts or omissions described in Count I.

23. The DIRECTV Defendants, the Viasat Defendants and the MasTec Defendants are liable for their own negligent acts and omissions and are further vicariously liable for the acts and omissions of Defendant Lester committed within the scope of his employment or agency.

24. Plaintiff Leonard Gregory as a direct and proximate result of Defendants Viasat, Inc., Viasat Carrier Services, Inc., DIRECTV, LLC, DIRECTV Customer Services, LLC, MasTec Industrial Corp., Mastec Network Solutions, Inc., Mastec Network Solutions, LLC, MasTec North America, Inc., MasTec Renewables Construction Company, Inc., MasTec Services Company, Inc., Mastec Wireless Services, LLC, Curtis Colley, Jr. and Matt Lester's wrongful conduct, and the incident described above, suffered injuries to his body for which he has and will continue to experience and/or incur:

(a) medical expenses;

(b) lost earnings;

(c) pain and suffering;

(d) diminished capacity to enjoy life;

(e) annoyance and inconvenience; and

(f) consequences and damages associated with his injuries as may be specified as this action progresses.

**WHEREFORE**, Plaintiff Leonard Gregory requests that he be awarded judgment against Defendants Viasat, Inc., Viasat Carrier Services, Inc., DIRECTV, LLC, DIRECTV Customer Services, LLC, MasTec Industrial Corp., Mastec Network Solutions, Inc., Mastec Network

Solutions, LLC, MasTec North America, Inc., MasTec Renewables Construction Company, Inc., MasTec Services Company, Inc., Mastec Wireless Services, LLC, Curtis Colley, Jr. and Matt Lester, for the following:

(a) compensatory damages in an amount to be determined by a jury;

(b) punitive damages, to the extent that the conduct of the Defendants warrant such damages;

(c) pre-judgment and post-judgment interest as allowed by law;

(d) attorneys' fees, costs, and expenses incurred in connection with this action;

(e) such other and further relief as the Court deems just and appropriate under the circumstances.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

**Leonard Gregory,**

**Plaintiff,**

**By Counsel:**

*/s/ Ashley J. Tucker*
STEPHEN B. FARMER (W. Va. State Bar No. 1165)
Email: sbfarmer@fcclaw.net
ROBERT A. CAMPBELL (W. Va. State Bar. No. 6052)
Email: racampbell@fcclaw.net
ASHLEY JUSTICE TUCKER (W. Va. State Bar No. 10238)
Email: ajtucker@fcclaw.net
FARMER, CLINE & CAMPBELL, PLLC
P.O. Box 5559
101 North Kanawha Street, Suite 101
Beckley, West Virginia 25801
(304) 252-5990

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Private Process Server

NOTICE TO: Matt Lester, Unknown, Unknown, WV 00000

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM
Date

/s/ Francine Spencer
Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

____________
Date

____________
Server's Signature

# SUMMONS

**Case Number:**

CC-27-2026-C-45

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Private Process Server

NOTICE TO: Matt Lester, Unknown, Unknown, WV 00000

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

SERVICE:

7/2/2026 2:50:28 PM
Date

/s/ Francine Spencer
Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________________

______________________________________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

______________________ Date

______________________ Server's Signature

**CC-27-2026-C-45**

**Leonard Gregory v. VIASAT, Inc.**

## SERVICE RETURN

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: VIASAT, Inc., c/o CT Corporation, 5098 Washington Street W., Suite 407, Charleston, WV 25318

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM — Date

/s/ Francine Spencer — Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

____________________ Date

____________________ Server's Signature

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: VIASAT Carrier Services, Inc., c/o CT Corporation, 5098 Washington Street W., Suite 407, Charleston, WV 25318

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________________

______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ______________________ | ______________________ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: DIRECTV, LLC, c/o CT Corporation, 5098 Washington Street W., Suite 407, Charleston, WV 25318

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ____________________ | ____________________ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: DIRECTV Customer Services, LLC, c/o CT Corporation, 5098 Washington Street W., Suite 407, Charleston, WV 25318

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM — Date

/s/ Francine Spencer — Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

______________________ Date

______________________ Server's Signature

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

# SUMMONS

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Industrial Corp., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM — Date

/s/ Francine Spencer — Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

____________________ Date

____________________ Server's Signature

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

# SUMMONS

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Network Solutions, Inc., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM — Date

/s/ Francine Spencer — Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

______________________ Date

______________________ Server's Signature

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Network Solutions, LLC, c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________
____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ____________________ | ____________________ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC North America, Inc., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM — Date

/s/ Francine Spencer — Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________

____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

____________________ Date

____________________ Server's Signature

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Renewables Construction Company, Inc., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM — Date

/s/ Francine Spencer — Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________________

______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

______________________ Date

______________________ Server's Signature

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Services Company, Inc., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________________

______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ______________________ | ______________________ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Wireless Services, LLC, c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

---

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________________________________

______________________________________________________________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ____________________ | ____________________ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: Curtis Colley Jr., 4227 Boyd Road, Draper, VA 24324

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM ____________ /s/ Francine Spencer ____________

Date Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________

____________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

____________ ____________

Date Server's Signature

FILED | 7/30/2026 1:31 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

STATE OF WEST VIRGINIA
MONTANI SEMPER LIBERI

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

**Control Number:** 361747

**Defendant:** CURTIS COLLEY JR.
4227 BOYD ROAD
DRAPER, VA 24324 US

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004853964

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: Curtis Colley Jr., 4227 Boyd Road, Draper, VA 24324

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

ACCEPTED FOR SERVICE OF PROCESS
2026 JUL 23 A 10: 01
SECRETARY OF STATE
STATE OF WEST VIRGINIA

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ____________ | ____________ |
|---|---|
| Date | Server's Signature |

FILED 7/30/2026 11:54 AM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

SCANNED

**Control Number:** 361755

**Defendant:** DIRECTV CUSTOMER SERVICES, LLC
5098 WASHINGTON STREET WEST
SUITE 407
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004854046

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: DIRECTV Customer Services, LLC, c/o CT Corporation, 5098 Washington Street W., Suite 407, Charleston, WV 25318

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

ACCEPTED FOR SERVICE OF PROCESS
2026 JUL 13 A 10: 01
SECRETARY OF STATE
STATE OF WEST VIRGINIA

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on __________

☐ I certify that I personally delivered a copy of the Summons and Complaint t __________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to __________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to __________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| __________ | __________ |
|---|---|
| Date | Server's Signature |

FILED 7/30/2026 11:55 AM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

**Control Number:** 361756

**Defendant:** DIRECTV, LLC
5098 WASHINGTON STREET WEST
SUITE 407
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004854053

**Service Date:** 7/23/2026

SCANNED

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

# SUMMONS

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: DIRECTV, LLC, c/o CT Corporation, 5098 Washington Street W., Suite 407, Charleston, WV 25318

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM — Date

/s/ Francine Spencer — Clerk

ACCEPTED FOR SERVICE OF PROCESS
2026 JUL 23 A 10: 01
SECRETARY OF STATE
STATE OF WEST VIRGINIA

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

______________ Date

______________ Server's Signature

FILED | 7/30/2026 11:38 AM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

**Control Number:** 361754

**Defendant:** MASTEC INDUSTRIAL CORP.
808 GREENBRIER STREET
Charleston, WV 25311 US

**Agent:** Corporation Service Company

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004854039

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner

Kris Warner
Secretary of State

SCANNED

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Industrial Corp., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

JUL 23 A 10: 01
OF WEST VIRGINIA
PROCESS

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________

____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ____________________ | ____________________ |
|---|---|
| Date | Server's Signature |

FILED 7/30/2026 11:52 AM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

SCANNED

**Control Number:** 361753

**Defendant:** MASTEC NETWORK SOLUTIONS, INC.
808 GREENBRIER STREET
Charleston, WV 25311 US

**Agent:** Corporation Service Company

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004854022

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Network Solutions, Inc., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| | |
|---|---|
| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
| Date | Clerk |

STATE OF WEST VIRGINIA
2026 JUL 23 A 10: 01
ACCEPTED FOR ... PROCESS

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| | |
|---|---|
| ______________ | ______________ |
| Date | Server's Signature |

FILED 7/30/2026 11:50 AM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

**Control Number:** 361752

**Defendant:** MASTEC NETWORK SOLUTIONS, LLC
808 GREENBRIER STREET
Charleston, WV 25311 US

**Agent:** Corporation Service Company

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004854015

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Network Solutions, LLC, c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

2026 JUL 23 A 10: 01

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ____________________ | ____________________ |
|---|---|
| Date | Server's Signature |

FILED | 7/30/2026 1:14 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

**Control Number:** 361751

**Defendant:** MASTEC NORTH AMERICA, INC.
808 GREENBRIER STREET
Charleston, WV 25311 US

**Agent:** Corporation Service Company

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004854008

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA
**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC North America, Inc., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM — Date

/s/ Francine Spencer — Clerk

ACCEPTED FOR SERVICE OF PROCESS
2026 JUL 23 A 10: 01
SECRETARY OF STATE
STATE OF WEST VIRGINIA

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

____________ Date

____________ Server's Signature

FILED | 7/30/2026 1:24 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

**Control Number:** 361750

**Defendant:** MASTEC RENEWABLES CONSTRUCTION COMPANY, INC.
808 GREENBRIER STREET
Charleston, WV 25311 US

**Agent:** Corporation Service Company

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004853995

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Renewables Construction Company, Inc., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| | |
|---|---|
| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
| Date | Clerk |

SECRETARY OF STATE
STATE OF WEST VIRGINIA
2026 JUL 23 A 10: 01
ACCEPTED FOR SERVICE OF PROCESS

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| | |
|---|---|
| ____________________ | ____________________ |
| Date | Server's Signature |

FILED | 7/30/2026 1:26 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

**Control Number:** 361749

**Defendant:** MASTEC SERVICES COMPANY, INC.
808 GREENBRIER STREET
Charleston, WV 25311 US

**Agent:** Corporation Service Company

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004853988

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA
**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Services Company, Inc., c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/2/2026 2:50:28 PM — Date

/s/ Francine Spencer — Clerk

RETURN ON SERVICE:

2026 JUL 23 A 10: 01
SECRETARY OF STATE
STATE OF WEST VIRGINIA

☐ Return receipt of certified mail received in this office on ______________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

______________ Date

______________ Server's Signature

FILED | 7/30/2026 1:28 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

**Control Number:** 361748

**Defendant:** MASTEC WIRELESS SERVICES, LLC
808 GREENBRIER STREET
Charleston, WV 25311 US

**Agent:** Corporation Service Company

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004853971

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: MASTEC Wireless Services, LLC, c/o Corporation Service Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101,, BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

SECRETARY OF STATE
STATE OF WEST VIRGINIA
2026 JUL 23 A 10: 01
ACCEPTED FOR SERVICE OF PROCESS

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| ______________________ | ______________________ |
|---|---|
| Date | Server's Signature |

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

**Control Number:** 361757

**Defendant:** VIASAT CARRIER SERVICES, INC.
5098 WASHINGTON STREET WEST
SUITE 407
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004854060

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

SCANNED

# SUMMONS

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: VIASAT Carrier Services, Inc., c/o CT Corporation, 5098 Washington Street W., Suite 407, Charleston, WV 25318

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| | |
|---|---|
| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
| Date | Clerk |

2026 JUL 23 A 10: 01
SECRETARY OF STATE OF WEST VIRGINIA

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| | |
|---|---|
| ____________ | ____________ |
| Date | Server's Signature |

FILED | 7/30/2026 1:11 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

FRANCINE SPENCER
Clerk of Circuit Court of McDowell County
90 Wyoming Street, Suite 201
Welch, WV 24801-0400

SCANNED

**Control Number:** 361758

**Defendant:** VIASAT, INC.
5098 WASHINGTON STREET WEST
SUITE 407
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System

**County:** McDowell

**Civil Action:** CC-27-2026-C-45

**Certified Number:** 92148901125134100004854077

**Service Date:** 7/23/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* ***not to the Secretary of State's office.***

Sincerely,

[signature]

Kris Warner
Secretary of State

**SUMMONS**

E-FILED | 7/2/2026 2:50 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA
**Leonard Gregory v. VIASAT, Inc.**

Service Type: Filer - Secretary of State

NOTICE TO: VIASAT, Inc., c/o CT Corporation, 5098 Washington Street W., Suite 407, Charleston, WV 25318

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Ashley Tucker, 101 N KANAWHA ST STE 101, , BECKLEY, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| | |
|---|---|
| 7/2/2026 2:50:28 PM | /s/ Francine Spencer |
| Date | Clerk |

2026 JUL 23 A 10: 01

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ____________________

____________________________________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ____________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| | |
|---|---|
| ____________________ | ____________________ |
| Date | Server's Signature |

# COVER SHEET

E-FILED | 8/21/2026 3:40 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF MCDOWELL COUNTY WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**Judge:** Rudolph Murensky

## COMPLAINT INFORMATION

**Case Type:** Civil

**Complaint Type:** Other

**Origin:** ☑ Initial Filing ☐ Appeal from Municipal Court ☐ Appeal from Magistrate Court

**Jury Trial Requested:** ☑ Yes ☐ No

**Case will be ready for trial by:** ____________

**Mediation Requested:** ☑ Yes ☐ No

**Substantial Hardship Requested:** ☐ Yes ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

- ☐ Wheelchair accessible hearing room and other facilities
- ☐ Interpreter or other auxiliary aid for the hearing impaired
- ☐ Reader or other auxiliary aid for the visually impaired
- ☐ Spokesperson or other auxiliary aid for the speech impaired
- ☐ Other: ____________

☐ I am proceeding without an attorney

☑ I have an attorney: George Halkias, 300 Summers St Ste 1460 , Charleston, WV 25301

# SERVED PARTIES

E-FILED | 8/21/2026 3:40 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

**IN THE CIRCIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA**

**Leonard Gregory,**
**Plaintiff,**

**v.**

**CIVIL ACTION NO. 26-C-45**
**Judge: Rudolph J. Murensky, II**

**Viasat, Inc., Viasat Carrier Services, Inc.,**
**Directv, LLC, Directv Customer Services, LLC,**
**Mastec Industrial Corp., Mastec Network Solutions, Inc.,**
**Mastec Network Solutions, LLC, Mastec North America, Inc.,**
**Mastec Renewables Construction Company, Inc.,**
**Mastec Services Company, Inc., Mastec Wireless Services, LLC,**
**Curtis Collery, Jr., and Matt Lester,**
**Defendants.**

**ANSWER OF DEFENDANT VIASAT, INC. TO PLAINTIFF'S COMPLAINT AND CROSS CLAIM OF DEFENDANT VIASAT, INC.**

Defendant, Viasat, Inc., through counsel, Law Offices of Asad U. Khan, Nationwide Trial Division, by George A. Halkias, and without waiving any procedural, jurisdictional or venue issues or any other defects which may be the subject of other motions filed by this Defendant, Viasat, Inc., does answer and respond to Plaintiff's Complaint as follows:

1. Answering Paragraph 1 of the Complaint, Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the information contained therein.

2. Answering Paragraph 2 of the Complaint, Defendant admits regarding Visat, Inc. Defendant states that Viasat Carrier Services, Inc. is not the proper entity in this civil action.

3. Paragraphs 3, 4, 5 and 6 of the Complaint do not state any allegations against this Defendant, and accordingly, no answer or response is required of this Defendant. However, should said paragraphs be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

4. Paragraphs 7 and 8 of the Complaint do not state any allegations against this Defendant, but instead state legal conclusions, and accordingly, no answer or response is required of this Defendant. However, should said paragraphs be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

**COUNT I**

5. Answering Paragraph 9 of Count I of the Complaint, Defendant reasserts and incorporates its responses to Paragraphs 1 through 8 of the Complaint as if fully set forth herein.

6. Answering Paragraph 10 of Count I of the Complaint, Defendant admits the information contained therein.

7. Answering Paragraph 11 of Count I of the Complaint, Defendant admits the information contained therein.

8. Answering Paragraph 12 of Count I of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

9. Answering Paragraph 13 of Count I of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

10. Answering Paragraphs 14 and 15 of Count I of the Complaint, Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the allegations contained therein.

11. Answering Paragraph 16 of Count I of the Complaint, including all subparts, a. through e., Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

12. Answering Paragraph 17 of Count I of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

**COUNT II**

13. Answering Paragraph 18 of Count II of the Complaint, Defendant reasserts and incorporates its responses to Paragraphs 1 through 17 of the Complaint as if fully set forth herein.

14. Paragraph 19 of Count II of the Complaint does not state any allegations against this Defendant, but instead states a legal conclusion, and accordingly, no answer or response is required of this Defendant. However, should said paragraph be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

15. Paragraph 20 of Count II of the Complaint does not state any allegations against this Defendant, and accordingly, no answer or response is required of this Defendant. However, should said paragraph be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

16. Answering Paragraph 21 of Count II of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

17. Paragraph 22 of Count II of the Complaint does not state any allegations against this Defendant, and accordingly, no answer or response is required of this Defendant. However,

should said paragraph be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

18. Answering Paragraph 23 of Count II of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

19. Answering Paragraph 24 of Count II of the Complaint, including all subparts, a. through f., this Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

20. This Defendant denies each and every other allegation contained in the Complaint not expressly admitted herein.

## AFFIRMATIVE DEFENSES

To the extent the evidence supports their applicability, this Defendant reserves and asserts the following defenses:

1. Plaintiff's Complaint fails to state a claim against this Defendant upon which relief can be granted.

2. This Defendant denies that it owed a duty to Plaintiff and, therefore, denies any breach of duty.

3. This Defendant reserves and asserts the defense of comparative negligence.

3. This Defendant reserves and asserts the defense of assumption of risk.

4. Plaintiff's alleged injuries and/or damages, if any, were not proximately caused or contributed to by any acts or omissions of this Defendant but were proximately caused or contributed to by the separate, superseding and intervening negligence, acts or omissions of other entities or individuals.

5. In the event the facts warrant the same, this Defendant reserves the right to assert that the Plaintiff failed to mitigate damages.

6. Because of the generality of the allegations contained in the Complaint, this Defendant reserves the right to amend the Answer and Affirmative Defenses if investigation, discovery and further information should warrant such amendment, and further to assert any applicable matters of law during the pendency of this action.

8. This Defendant hereby raises and preserves each and every defense set forth in Rules 8, 9 and 12 of the West Virginia Rules of Civil Procedure, and further reserves the right to raise such additional defenses as may appear appropriate following further discovery and factual development in this case.

9. This Defendant reserves and asserts the defenses of the applicable statute of limitations, lack of jurisdiction, improper venue, insufficiency of process and insufficiency of service of process.

10. This Defendant asserts that the injuries and/or damages, if any, alleged in Plaintiff's Complaint were a result of a cause or causes over which this Defendant had no control.

11. Defendant adopts and incorporates herein by reference each and every affirmative defense raised by any other Defendant in this civil action as if set forth herein.

12. Defendant asserts that the facts and evidence do not warrant an award of punitive damages against this Defendant.

13. Defendant asserts that the claim for punitive damages violates its due process rights, both procedurally and substantively, and the rights guaranteed by the West Virginia Constitution and the United State Constitution.

**WHEREFORE,** Defendant, Viasat, Inc., demands that the Complaint of the Plaintiff against it, be dismissed, with prejudice, and that Viasat, Inc. be awarded the costs of defending this action and such other and further relief as to the Court seems just.

Defendant demands a trial by jury.

## CROSS CLAIM AGAINST DEFENDANT DIRECTV, LLC, AND DIRECTV CUSTOMER SERVICES, LLC

The Defendant, Viasat, Inc., asserts a cross claim against DIRECTV, LLC, and DIRECTV Customer Services, LLC, ("DIRECTV") as follows:

1. This Defendant entered into First Amended and Restated Fulfillment Services Agreement ("the Agreement") with DIRECTV on April 11, 2024.

2. Pursuant to the terms of the Agreement, DIRECTV is obligated to indemnify, defend, and hold harmless this Defendant for all damages alleged by Plaintiff in this civil action.

3. The Agreement contains an indemnification clause that states: Contractor shall indemnify, defend and hold ViaSat harmless from any and all costs, expenses, liabilities, claims, judgments, lawsuits and demands (including attorneys' fees) arising out of (a) the performance, breach or alleged breach by Contractor of its obligations, warranties representations or covenants under this agreement; (b) the negligence or other wrongdoing, in whole or in part, on the part of any employee, agent, servant, subcontractor or representative of Contractor in connection with the performance of Contractor's obligations under this Agreement.

4. The term "Contractor" in the indemnification clause referenced in Paragraph 3 of the Cross Claim means DIRECTV.

5. Pursuant to the terms of the Agreement, DIRECTV is required to procure commercial general liability insurance providing additional insurance status to Viasat, Inc.

6. Pursuant to the terms of the Agreement, Viasat, Inc. is entitled to reimbursement from DIRECTTV for all legal costs, attorneys' fees, and any defense costs and expenses it has and will continue to incur in defending the claims made against it in this civil action.

**WHEREFORE**, this Defendant, Viasat, Inc. demands that the Complaint against it be dismissed, that it be awarded the costs and expenses, including attorneys' fees, incurred in defending the claims and allegations in the Complaint, that DIRECTV be ordered to defend, indemnify and hold harmless this Defendant and/or that DIRECTV be held solely liable to Plaintiff. Further, this Defendant requests any and all other relief to which this Defendant may be entitled

Respectfully Submitted,

**Viasat, Inc.**

By Counsel,

George A. Halkias
West Virginia State Bar No. 6323
Law Offices of Asad U. Khan
Nationwide Trial Division
300 Summers Street, Suite 1460
Charleston, West Virginia 25301
Direct Dial 304-206-3107
Fax 855-857-9800
Halkig1@nationwide.com

**IN THE CIRCIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA**

**Leonard Gregory,**
**Plaintiff,**

**v.**

**CIVIL ACTION NO. 26-C-45**
**Judge: Rudolph J. Murensky, II**

**Viasat, Inc., Viasat Carrier Services, Inc.,**
**Directv, LLC, Directv Customer Services, LLC,**
**Mastec Industrial Corp., Mastec Network Solutions, Inc.,**
**Mastec Network Solutions, LLC, Mastec North America, Inc.,**
**Mastec Renewables Construction Company, Inc.,**
**Mastec Services Company, Inc., Mastec Wireless Services, LLC,**
**Curtis Collery, Jr., and Matt Lester,**
**Defendants.**

**CERTIFICATE OF SERVICE**

I, George A. Halkias, counsel for Viasat, Inc., does hereby certify that on the **21st day of August 2026**, I electronically filed the foregoing ***"Answer of Defendant Viasat, Inc. to Plaintiff's Complaint and Cross Claim of Defendant Viasat, Inc."*** with the Clerk of the Court using the West Virginia E-Filing System, which will send notification of such filing to the following:

Ashley J. Tucker
Farmer, Cline & Campbell, PLLC
Post Office Box 5559
Beckley, WV 25801
*Counsel for Plaintiff*

George A. Halkias
West Virginia State Bar No. 6323
Law Offices of Asad U. Khan
Nationwide Trial Division
300 Summers Street, Suite 1460
Charleston, West Virginia 25301
(304) 346-2272

E-FILED | 8/21/2026 3:40 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

**CIVIL CASE INFORMATION ST**

CIVIL CASES

In the Circuit Court of McDowell County, West Virginia

---

**I. CASE STYLE:**

**Leonard Gregory,**
**Plaintiff,**

**v.**

**CIVIL ACTION NO. 26-C-45**
**Judge: Rudolph J. Murensky, II**

**Viasat, Inc., Viasat Carrier Services, Inc.,**
**Directv, LLC, Directv Customer Services, LLC,**
**Mastec Industrial Corp., Mastec Network Solutions, Inc.,**
**Mastec Network Solutions, LLC, Mastec North America, Inc.,**
**Mastec Renewables Construction Company, Inc.,**
**Mastec Services Company, Inc., Mastec Wireless Services, LLC,**
**Curtis Collery, Jr., and Matt Lester,**
**Defendants.**

________________ ________________

____________________________________
Street

____________________________________
City, State, Zip

____________________________________ ________________ ________________

____________________________________
Street

____________________________________
City, State, Zip

____________________________________ ________________ ________________

____________________________________
Street

____________________________________
City, State, Zip

Original and _____ copies of complaint furnished herewith.

| PLAINTIFF: **Leonard Gregory** | CASE NO: 26-C-45 |
|---|---|
| DEFENDANT: **Viasat, Inc., Viasat Carrier Services, Inc., Directv, LLC, Directv Customer Services, LLC, Mastec Industrial Corp., Mastec Network Solutions, Inc., Mastec Network Solutions, LLC, Mastec North America, Inc., Mastec Renewables Construction Company, Inc., Mastec Services Company, Inc., Mastec Wireless Services, LLC, Curtis Collery, Jr., and Matt Lester,** | |

**II. TYPE OF CASE:**

| **TORTS** | **OTHER** | **CIVIL** |
|---|---|---|
| ___ Asbestos | ___ Adoption | ___ Appeal from Magistrate Court |
| ___ Professional Malpractice | ___ Contract | ___ Petition for Modification of Magistrate Sentence |
| X Personal Injury | ___ Real Property | ___ Miscellaneous |
| ___ Product Liability | ___ Mental Health | ___ Other |
| ___ Other Tort | ___ Appeal of Administrative Agency | |

**III. JURY DEMAND:** X Yes ___ No

CASE WILL BE READY FOR TRIAL BY *(MONTH/YEAR)*: 2/2023

**IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE?**

___ YES X NO

**IF YES, PLEASE SPECIFY:**

___ Wheelchair accessible hearing room and other facilities
___ Interpreter or other auxiliary aid for the hearing impaired
___ Reader or other auxiliary aid for the visually impaired
___ Spokesperson or other auxiliary aid for the speech impaired
___ Other: ______________________________

| | | |
|---|---|---|
| Attorney Name: | George A. Halkias, Esquire<br>(WV State Bar No. 6323) | Representing: |
| Firm Name: | Law Offices of Asad U. Khan<br>Nationwide Trial Division | ___ Plaintiff<br>_x_ Defendant Viasat, Inc.<br>___ Cross-Complainant<br>___ Cross-Defendant |
| Address: | 300 Summers St., Ste. 1460<br>Charleston, West Virginia 25301 | |
| Telephone: | (304) 346-2272 | |

Dated: August 21, 2026

______________________
Signature

# COVER SHEET

E-FILED | 8/21/2026 3:52 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF MCDOWELL COUNTY WEST VIRGINIA

**Leonard Gregory v. VIASAT, Inc.**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**Judge:** Rudolph Murensky

## COMPLAINT INFORMATION

**Case Type:** Civil

**Complaint Type:** Other

**Origin:** ☑ Initial Filing ☐ Appeal from Municipal Court ☐ Appeal from Magistrate Court

**Jury Trial Requested:** ☑ Yes ☐ No

**Case will be ready for trial by:** ____________________

**Mediation Requested:** ☑ Yes ☐ No

**Substantial Hardship Requested:** ☐ Yes ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

- ☐ Wheelchair accessible hearing room and other facilities
- ☐ Interpreter or other auxiliary aid for the hearing impaired
- ☐ Reader or other auxiliary aid for the visually impaired
- ☐ Spokesperson or other auxiliary aid for the speech impaired
- ☐ Other: ____________________

☐ I am proceeding without an attorney

☑ I have an attorney: George Halkias, 300 Summers St Ste 1460 , Charleston, WV 25301

# SERVED PARTIES

E-FILED | 8/21/2026 3:52 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

**IN THE CIRCIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA**

**Leonard Gregory,**
**Plaintiff,**

**v.**

**CIVIL ACTION NO. 26-C-45**
**Judge: Rudolph J. Murensky, II**

**Viasat, Inc., Viasat Carrier Services, Inc.,**
**Directv, LLC, Directv Customer Services, LLC,**
**Mastec Industrial Corp., Mastec Network Solutions, Inc.,**
**Mastec Network Solutions, LLC, Mastec North America, Inc.,**
**Mastec Renewables Construction Company, Inc.,**
**Mastec Services Company, Inc., Mastec Wireless Services, LLC,**
**Curtis Collery, Jr., and Matt Lester,**
**Defendants.**

**ANSWER OF DEFENDANT VIASAT, INC. TO PLAINTIFF'S COMPLAINT AND CROSS CLAIM OF DEFENDANT VIASAT, INC.**

Defendant, Viasat, Inc., through counsel, Law Offices of Asad U. Khan, Nationwide Trial Division, by George A. Halkias, and without waiving any procedural, jurisdictional or venue issues or any other defects which may be the subject of other motions filed by this Defendant, Viasat, Inc., does answer and respond to Plaintiff's Complaint as follows:

1. Answering Paragraph 1 of the Complaint, Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the information contained therein.

2. Answering Paragraph 2 of the Complaint, Defendant admits regarding Visat, Inc. Defendant states that Viasat Carrier Services, Inc. is not the proper entity in this civil action.

3. Paragraphs 3, 4, 5 and 6 of the Complaint do not state any allegations against this Defendant, and accordingly, no answer or response is required of this Defendant. However, should said paragraphs be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

4. Paragraphs 7 and 8 of the Complaint do not state any allegations against this Defendant, but instead state legal conclusions, and accordingly, no answer or response is required of this Defendant. However, should said paragraphs be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

**COUNT I**

5. Answering Paragraph 9 of Count I of the Complaint, Defendant reasserts and incorporates its responses to Paragraphs 1 through 8 of the Complaint as if fully set forth herein.

6. Answering Paragraph 10 of Count I of the Complaint, Defendant admits the information contained therein.

7. Answering Paragraph 11 of Count I of the Complaint, Defendant admits the information contained therein.

8. Answering Paragraph 12 of Count I of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

9. Answering Paragraph 13 of Count I of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

10. Answering Paragraphs 14 and 15 of Count I of the Complaint, Defendant is without sufficient information or knowledge upon which to form a belief as to the truth of the allegations contained therein.

11. Answering Paragraph 16 of Count I of the Complaint, including all subparts, a. through e., Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

12. Answering Paragraph 17 of Count I of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

## COUNT II

13. Answering Paragraph 18 of Count II of the Complaint, Defendant reasserts and incorporates its responses to Paragraphs 1 through 17 of the Complaint as if fully set forth herein.

14. Paragraph 19 of Count II of the Complaint does not state any allegations against this Defendant, but instead states a legal conclusion, and accordingly, no answer or response is required of this Defendant. However, should said paragraph be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

15. Paragraph 20 of Count II of the Complaint does not state any allegations against this Defendant, and accordingly, no answer or response is required of this Defendant. However, should said paragraph be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

16. Answering Paragraph 21 of Count II of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

17. Paragraph 22 of Count II of the Complaint does not state any allegations against this Defendant, and accordingly, no answer or response is required of this Defendant. However,

should said paragraph be intended or interpreted to assert any allegations or claims against this Defendant, this Defendant denies any and all allegations and claims.

18. Answering Paragraph 23 of Count II of the Complaint, Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

19. Answering Paragraph 24 of Count II of the Complaint, including all subparts, a. through f., this Defendant denies the allegations to the extent that they are intended or interpreted to assert allegations against this Defendant, Viasat, Inc.

20. This Defendant denies each and every other allegation contained in the Complaint not expressly admitted herein.

**AFFIRMATIVE DEFENSES**

To the extent the evidence supports their applicability, this Defendant reserves and asserts the following defenses:

1. Plaintiff's Complaint fails to state a claim against this Defendant upon which relief can be granted.

2. This Defendant denies that it owed a duty to Plaintiff and, therefore, denies any breach of duty.

3. This Defendant reserves and asserts the defense of comparative negligence.

3. This Defendant reserves and asserts the defense of assumption of risk.

4. Plaintiff's alleged injuries and/or damages, if any, were not proximately caused or contributed to by any acts or omissions of this Defendant but were proximately caused or contributed to by the separate, superseding and intervening negligence, acts or omissions of other entities or individuals.

5. In the event the facts warrant the same, this Defendant reserves the right to assert that the Plaintiff failed to mitigate damages.

6. Because of the generality of the allegations contained in the Complaint, this Defendant reserves the right to amend the Answer and Affirmative Defenses if investigation, discovery and further information should warrant such amendment, and further to assert any applicable matters of law during the pendency of this action.

8. This Defendant hereby raises and preserves each and every defense set forth in Rules 8, 9 and 12 of the West Virginia Rules of Civil Procedure, and further reserves the right to raise such additional defenses as may appear appropriate following further discovery and factual development in this case.

9. This Defendant reserves and asserts the defenses of the applicable statute of limitations, lack of jurisdiction, improper venue, insufficiency of process and insufficiency of service of process.

10. This Defendant asserts that the injuries and/or damages, if any, alleged in Plaintiff's Complaint were a result of a cause or causes over which this Defendant had no control.

11. Defendant adopts and incorporates herein by reference each and every affirmative defense raised by any other Defendant in this civil action as if set forth herein.

12. Defendant asserts that the facts and evidence do not warrant an award of punitive damages against this Defendant.

13. Defendant asserts that the claim for punitive damages violates its due process rights, both procedurally and substantively, and the rights guaranteed by the West Virginia Constitution and the United State Constitution.

**WHEREFORE,** Defendant, Viasat, Inc., demands that the Complaint of the Plaintiff against it, be dismissed, with prejudice, and that Viasat, Inc. be awarded the costs of defending this action and such other and further relief as to the Court seems just.

Defendant demands a trial by jury.

## CROSS CLAIM AGAINST DEFENDANT DIRECTV, LLC, AND DIRECTV CUSTOMER SERVICES, LLC

The Defendant, Viasat, Inc., asserts a cross claim against DIRECTV, LLC, and DIRECTV Customer Services, LLC, ("DIRECTV") as follows:

1. This Defendant entered into First Amended and Restated Fulfillment Services Agreement ("the Agreement") with DIRECTV on April 11, 2024.

2. Pursuant to the terms of the Agreement, DIRECTV is obligated to indemnify, defend, and hold harmless this Defendant for all damages alleged by Plaintiff in this civil action.

3. The Agreement contains an indemnification clause that states: Contractor shall indemnify, defend and hold ViaSat harmless from any and all costs, expenses, liabilities, claims, judgments, lawsuits and demands (including attorneys' fees) arising out of (a) the performance, breach or alleged breach by Contractor of its obligations, warranties representations or covenants under this agreement; (b) the negligence or other wrongdoing, in whole or in part, on the part of any employee, agent, servant, subcontractor or representative of Contractor in connection with the performance of Contractor's obligations under this Agreement.

4. The term "Contractor" in the indemnification clause referenced in Paragraph 3 of the Cross Claim means DIRECTV.

5. Pursuant to the terms of the Agreement, DIRECTV is required to procure commercial general liability insurance providing additional insurance status to Viasat, Inc.

6. Pursuant to the terms of the Agreement, Viasat, Inc. is entitled to reimbursement from DIRECTTV for all legal costs, attorneys' fees, and any defense costs and expenses it has and will continue to incur in defending the claims made against it in this civil action.

**WHEREFORE**, this Defendant, Viasat, Inc. demands that the Complaint against it be dismissed, that it be awarded the costs and expenses, including attorneys' fees, incurred in defending the claims and allegations in the Complaint, that DIRECTV be ordered to defend, indemnify and hold harmless this Defendant and/or that DIRECTV be held solely liable to Plaintiff. Further, this Defendant requests any and all other relief to which this Defendant may be entitled

Respectfully Submitted,

**Viasat, Inc.**

By Counsel,

George A. Halkias
West Virginia State Bar No. 6323
Law Offices of Asad U. Khan
Nationwide Trial Division
300 Summers Street, Suite 1460
Charleston, West Virginia 25301
Direct Dial 304-206-3107
Fax 855-857-9800
Halkig1@nationwide.com

**IN THE CIRCIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA**

**Leonard Gregory,**
**Plaintiff,**

**v.** **CIVIL ACTION NO. 26-C-45**
**Judge: Rudolph J. Murensky, II**

**Viasat, Inc., Viasat Carrier Services, Inc.,**
**Directv, LLC, Directv Customer Services, LLC,**
**Mastec Industrial Corp., Mastec Network Solutions, Inc.,**
**Mastec Network Solutions, LLC, Mastec North America, Inc.,**
**Mastec Renewables Construction Company, Inc.,**
**Mastec Services Company, Inc., Mastec Wireless Services, LLC,**
**Curtis Collery, Jr., and Matt Lester,**
**Defendants.**

**CERTIFICATE OF SERVICE**

I, George A. Halkias, counsel for Viasat, Inc., does hereby certify that on the **21st day of August 2026**, I electronically filed the foregoing ***"Answer of Defendant Viasat, Inc. to Plaintiff's Complaint and Cross Claim of Defendant Viasat, Inc."*** with the Clerk of the Court using the West Virginia E-Filing System, which will send notification of such filing to the following:

Ashley J. Tucker
Farmer, Cline & Campbell, PLLC
Post Office Box 5559
Beckley, WV 25801
*Counsel for Plaintiff*

George A. Halkias
West Virginia State Bar No. 6323
Law Offices of Asad U. Khan
Nationwide Trial Division
300 Summers Street, Suite 1460
Charleston, West Virginia 25301
(304) 346-2272

E-FILED | 8/21/2026 3:52 PM
CC-27-2026-C-45
McDowell County Circuit Clerk
Francine Spencer

**CIVIL CASE INFORMATION ST.**

CIVIL CASES

In the Circuit Court of McDowell County, West Virginia

---

**I. CASE STYLE:**

**Leonard Gregory,**
**Plaintiff,**

**v.**

**CIVIL ACTION NO. 26-C-45**
**Judge: Rudolph J. Murensky, II**

**Viasat, Inc., Viasat Carrier Services, Inc.,**
**Directv, LLC, Directv Customer Services, LLC,**
**Mastec Industrial Corp., Mastec Network Solutions, Inc.,**
**Mastec Network Solutions, LLC, Mastec North America, Inc.,**
**Mastec Renewables Construction Company, Inc.,**
**Mastec Services Company, Inc., Mastec Wireless Services, LLC,**
**Curtis Collery, Jr., and Matt Lester,**
**Defendants.**

__________ __________

____________________
Street

____________________
City, State, Zip

____________________ __________ __________

____________________
Street

____________________
City, State, Zip

____________________ __________ __________

____________________
Street

____________________
City, State, Zip

Original and _____ copies of complaint furnished herewith.

| PLAINTIFF: **Leonard Gregory** | CASE NO: 26-C-45 |
|---|---|
| DEFENDANT: **Viasat, Inc., Viasat Carrier Services, Inc., Directv, LLC, Directv Customer Services, LLC, Mastec Industrial Corp., Mastec Network Solutions, Inc., Mastec Network Solutions, LLC, Mastec North America, Inc., Mastec Renewables Construction Company, Inc., Mastec Services Company, Inc., Mastec Wireless Services, LLC, Curtis Collery, Jr., and Matt Lester,** | |

**II. TYPE OF CASE:**

| **TORTS** | **OTHER** | **CIVIL** |
|---|---|---|
| ___ Asbestos | ___ Adoption | ___ Appeal from Magistrate Court |
| ___ Professional Malpractice | ___ Contract | ___ Petition for Modification of Magistrate Sentence |
| X Personal Injury | ___ Real Property | ___ Miscellaneous |
| ___ Product Liability | ___ Mental Health | ___ Other |
| ___ Other Tort | ___ Appeal of Administrative Agency | |

**III. JURY DEMAND:** X Yes ___ No

CASE WILL BE READY FOR TRIAL BY *(MONTH/YEAR)*: 2/2023

**IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE?**

___ YES X NO

**IF YES, PLEASE SPECIFY:**

___ Wheelchair accessible hearing room and other facilities
___ Interpreter or other auxiliary aid for the hearing impaired
___ Reader or other auxiliary aid for the visually impaired
___ Spokesperson or other auxiliary aid for the speech impaired
___ Other: ____________________

| | | |
|---|---|---|
| Attorney Name: | George A. Halkias, Esquire<br>(WV State Bar No. 6323) | Representing: |
| Firm Name: | Law Offices of Asad U. Khan<br>Nationwide Trial Division | ___ Plaintiff<br>_x_ Defendant Viasat, Inc.<br>___ Cross-Complainant |
| Address: | 300 Summers St., Ste. 1460<br>Charleston, West Virginia 25301 | ___ Cross-Defendant |
| Telephone: | (304) 346-2272 | |

Dated: August 21, 2026

Signature