# Case Docket Entries

CC-27-2026-C-45

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Court: | Circuit | County: | 27 - McDowell | Created Date: | 7/2/2026 | Security Level: | Public |
| Judge: | Rudolph Murensky | Case Type: | Civil | Case Sub-Type: | Other | Status: | Open |

Related Cases:

Style: **Leonard Gregory v. VIASAT, Inc.**

EXHIBIT B

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 7/2/2026 2:50:29 PM | E-Filed | | Complaint |
| | 1-1 7/2/2026 | Civil Case Information Statement | | |
| | 1-2 7/2/2026 | Complaint - Complaint | | |
| | 1-3 7/2/2026 | Transmittal | | |
| | 1-4 7/2/2026 | Summons | | |
| 2 | 7/2/2026 2:50:29 PM | Judge Assigned | J-27001 | Rudolph Murensky |
| 3 | 7/2/2026 2:50:29 PM | Party Added | P-001 | Leonard Gregory |
| 4 | 7/2/2026 2:50:29 PM | Party Added | D-001 | VIASAT, Inc. |
| 5 | 7/2/2026 2:50:29 PM | Party Added | D-002 | VIASAT Carrier Services, Inc. |
| 6 | 7/2/2026 2:50:29 PM | Party Added | D-003 | DIRECTV, LLC |
| 7 | 7/2/2026 2:50:29 PM | Party Added | D-004 | DIRECTV Customer Services, LLC |
| 8 | 7/2/2026 2:50:29 PM | Party Added | D-005 | MASTEC Industrial Corp. |
| 9 | 7/2/2026 2:50:29 PM | Party Added | D-006 | MASTEC Network Solutions, Inc. |
| 10 | 7/2/2026 2:50:29 PM | Party Added | D-007 | MASTEC Network Solutions, LLC |
| 11 | 7/2/2026 2:50:29 PM | Party Added | D-008 | MASTEC North America, Inc. |
| 12 | 7/2/2026 2:50:29 PM | Party Added | D-009 | MASTEC Renewables Construction Company, Inc. |
| 13 | 7/2/2026 2:50:29 PM | Party Added | D-010 | MASTEC Services Company, Inc. |
| 14 | 7/2/2026 2:50:29 PM | Party Added | D-011 | MASTEC Wireless Services, LLC |
| 15 | 7/2/2026 2:50:29 PM | Party Added | D-012 | Curtis Colley, Jr. |
| 16 | 7/2/2026 2:50:29 PM | Party Added | D-013 | Matt Lester |
| 17 | 7/2/2026 2:50:29 PM | Attorney Listed | P-001 | A-10238 - Ashley Lynn Justice Tucker |
| 18 | 7/2/2026 2:50:29 PM | Service Requested | D-001 | Filer - Secretary of State |
| 19 | 7/2/2026 2:50:29 PM | Service Requested | D-002 | Filer - Secretary of State |
| 20 | 7/2/2026 2:50:29 PM | Service Requested | D-003 | Filer - Secretary of State |
| 21 | 7/2/2026 2:50:29 PM | Service Requested | D-004 | Filer - Secretary of State |
| 22 | 7/2/2026 2:50:29 PM | Service Requested | D-005 | Filer - Secretary of State |
| 23 | 7/2/2026 2:50:29 PM | Service Requested | D-006 | Filer - Secretary of State |
| 24 | 7/2/2026 2:50:29 PM | Service Requested | D-007 | Filer - Secretary of State |
| 25 | 7/2/2026 2:50:29 PM | Service Requested | D-008 | Filer - Secretary of State |
| 26 | 7/2/2026 2:50:29 PM | Service Requested | D-009 | Filer - Secretary of State |
| 27 | 7/2/2026 2:50:29 PM | Service Requested | D-010 | Filer - Secretary of State |
| 28 | 7/2/2026 2:50:29 PM | Service Requested | D-011 | Filer - Secretary of State |
| 29 | 7/2/2026 2:50:29 PM | Service Requested | D-012 | Filer - Secretary of State |
| 30 | 7/2/2026 2:50:29 PM | Service Requested | D-013 | Filer - Private Process Server |
| 31 | 7/30/2026 11:38:18 AM | E-Docketed | | Supporting Documents - Service Return for MASTEC Industrial Corp., 808 Greenbrier St. Charleston, WV 25311. Served by Secretary of State July 23, 2026. |
| | 31-1 7/30/2026 | Service Return - Service For MASTEC Industrial Corp. 808 Greenbrier St. Charleston, WV 25311 | | |
| | 31-2 7/30/2026 | Transmittal | | |
| 32 | 7/30/2026 11:50:21 AM | E-Docketed | | Supporting Documents - Service For MASTEC Network Solutions, LLC, 808 Greenbrier St. Charleston, WV 25311 |
| | 32-1 7/30/2026 | Service Return - Service For MASTEC Network Solutions, LLC, 808 Greenbrier St. Charleston, WV 25311 | | |

# Case Docket Entries

CC-27-2026-C-45

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| | 32-2 7/30/2026 | Transmittal | | |
| 33 | 7/30/2026 11:52:06 AM | E-Docketed | | Supporting Documents - Service For MASTEC Network Solutions, INC, 808 Greenbrier St. Charleston, WV 25311 |
| | 33-1 7/30/2026 | Service Return - Service For MASTEC Network Solutions, INC, 808 Greenbrier St. Charleston, WV 25311 | | |
| | 33-2 7/30/2026 | Transmittal | | |
| 34 | 7/30/2026 11:54:25 AM | E-Docketed | | Supporting Documents - Service For DIRECTV Customer Services, LLC, 5098 Washington, ST. West, Suite 407, Charleston, WV 25313 |
| | 34-1 7/30/2026 | Service Return - Service For DIRECTV Customer Services, LLC, 5098 Washington, ST. West, Suite 407, Charleston, WV 25313 | | |
| | 34-2 7/30/2026 | Transmittal | | |
| 35 | 7/30/2026 11:55:58 AM | E-Docketed | | Supporting Documents - Service For DIRECTV LLC, 5098 Washington, ST. West, Suite 407, Charleston, WV 25313 |
| | 35-1 7/30/2026 | Service Return - Service For DIRECTV LLC, 5098 Washington, ST. West, Suite 407, Charleston, WV 25313 | | |
| | 35-2 7/30/2026 | Transmittal | | |
| 36 | 7/30/2026 11:57:58 AM | E-Docketed | | Supporting Documents - Service For VIASAT Carrier Services. INC., 5098 Washington, ST. West, Suite 407, Charleston, WV 25313 |
| | 36-1 7/30/2026 | Service Return - Service For VIASAT Carrier Services. INC., 5098 Washington, ST. West, Suite 407, Charleston, WV 25313 | | |
| | 36-2 7/30/2026 | Transmittal | | |
| 37 | 7/30/2026 1:11:45 PM | E-Docketed | | Supporting Documents - Service For VIASAT INC., 5098 Washington, ST. West, Suite 407, Charleston, WV 25313 |
| | 37-1 7/30/2026 | Service Return - Service For VIASAT INC., 5098 Washington, ST. West, Suite 407, Charleston, WV 25313 | | |
| | 37-2 7/30/2026 | Transmittal | | |
| 38 | 7/30/2026 1:14:04 PM | E-Docketed | | Supporting Documents - Service For MASTEC North America, INC., 808 Greenbrier Street, Charleston, WV 25311 |
| | 38-1 7/30/2026 | Service Return - Service For MASTEC North America, INC., 808 Greenbrier Street, Charleston, WV 25311 | | |
| | 38-2 7/30/2026 | Transmittal | | |
| 39 | 7/30/2026 1:24:47 PM | E-Docketed | | Supporting Documents - Service For MASTEC Renewables Construction Company, INC., 808 Greenbrier Street, Charleston, WV 25311 |
| | 39-1 7/30/2026 | Supporting Document - Service For MASTEC Renewables Construction Company, INC., 808 Greenbrier Street, Charleston, WV 25311 | | |
| | 39-2 7/30/2026 | Transmittal | | |
| 40 | 7/30/2026 1:26:19 PM | E-Docketed | | Supporting Documents - Service For MASTEC Services Company INC., 808 Greenbrier Street, Charleston, WV 25311 |
| | 40-1 7/30/2026 | Service Return - Service For MASTEC Services Company INC., 808 Greenbrier Street, Charleston, WV 25311 | | |
| | 40-2 7/30/2026 | Transmittal | | |
| 41 | 7/30/2026 1:28:58 PM | E-Docketed | | Supporting Documents - Service For MASTEC Wireless Services LLC, 808 Greenbrier Street, Charleston, WV 25311 |
| | 41-1 7/30/2026 | Service Return - Service For MASTEC Wireless Services LLC, 808 Greenbrier Street, Charleston, WV 25311 | | |
| | 41-2 7/30/2026 | Transmittal | | |
| 42 | 7/30/2026 1:31:35 PM | E-Docketed | | Supporting Documents - Service For Curtis Colley Jr., 4227 Boyd Road, Draper, VA 24324 |
| | 42-1 7/30/2026 | Service Return - Service For Curtis Colley Jr., 4227 Boyd Road, Draper, VA 24324 | | |
| | 42-2 7/30/2026 | Transmittal | | |
| 43 | 8/21/2026 3:40:36 PM | E-Filed | | Answer - Complaint Denied |
| | 43-1 8/21/2026 | Civil Case Information Statement | | |
| | 43-2 8/21/2026 | Answer - Answer of Defendant Viasat, Inc. to Plaintiff's Complaint and Cross Claim of Defendant Viasat, Inc | | |
| | 43-3 8/21/2026 | Supporting Document - CCIS | | |
| | 43-4 8/21/2026 | Transmittal | | |

# Case Docket Entries

CC-27-2026-C-45

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 44 | 8/21/2026 3:40:36 PM | Attorney Listed | D-001 | A-6323 - George A. Halkias |
| 45 | 8/21/2026 3:52:36 PM | E-Filed | | Cross-Claim - Answer of Defendant Viasat, Inc. to Plaintiff's Complaint and Cross Claim of Defendant Viasat, Inc |
| | 45-1 8/21/2026 | Civil Case Information Statement | | |
| | 45-2 8/21/2026 | Cross-Claim - Answer of Defendant Viasat, Inc. to Plaintiff's Complaint and Cross Claim of Defendant Viasat, Inc | | |
| | 45-3 8/21/2026 | Supporting Document - CCIS | | |
| | 45-4 8/21/2026 | Transmittal | | |